BERNARD H. RIDDER et al., Appellants, *v.* HARRY B. HAINES, Respondent.

(Argued December 15, 1932; decided January 10, 1933.)

*Louis Steckler, Edward L. Steckler* and *Ralph Gutman* for appellants.

*Joseph M. Proskauer, J. Alvin Van Bergh* and *Arthur Moynihan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.